IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00025-H

FILED IN OPEN COURT
ON 6/12/19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA : 
:
v. :
:
CORY ANDREW BRYCE :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on March 11, 2019, and the defendant's guilty plea to an offense in violation of 18 U.S.C. § 2252(a)(4)(B), the following property is hereby forfeitable pursuant to 18 U.S.C. § 2253, to wit:

- LG V496 G Pad F 8.0 Android tablet, s/n 507CQMR335739 with cellular SIM card 310260407807212, and

- Samsung 16GB microSD card, found inside LG V496 G Pad;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to 21 U.S.C. § 853(g);

It is hereby ORDERED, ADJUDGED and DECREED:

1.     That based upon the Memorandum of Plea Agreement as to the defendant Cory Andrew Bryce and other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby

1

forfeited to the United States for disposition in accordance with the law, including destruction. In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2.     That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3.     That in accordance with Supplemental Rule G(4)(i)(A), the Government need neither publish notice nor provide direct notice, as the property is worth less than $1,000 and no other owners or interested parties have been identified.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED.   This _12_ day of ____JUNE____, 2019.

MALCOLM J. HOWARD
Senior United States District Judge

2